UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

TRYPHON PEACOCK,
           *Plaintiff-Appellant,*

v.

JAMES A. SMITH; KEN WILSON;
DANUTA SCHUDEL; BETH RIDGEWAY,
           *Defendants-Appellees.*

No. 03-7469

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
Malcolm J. Howard, District Judge.
(CA-03-566-5-H)

Submitted: February 25, 2004

Decided: March 16, 2004

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed in part, vacated and remanded in part, by unpublished per curiam opinion.

---

### COUNSEL

Tryphon Peacock, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

Tryphon Peacock appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and we affirm in part and reverse in part. We agree with the district court that the majority of Peacock's claims are frivolous. However, we conclude that his claim that prison officials are forcing him to take psychiatric medication against his will alleges a set of facts that may entitle him to relief. *See Washington v. Harper*, 494 U.S. 210, 227 (1990); *De'Lonta v. Angelone*, 330 F.3d 630, 633 (4th Cir. 2003). Accordingly, we vacate the district court's dismissal of this claim, affirm the district court's dismissal of Peacock's remaining claims, and remand for further proceedings. We also deny Peacock's motion to hold this case in abeyance. We deny his motions for an injunction against the administration of medication, as further factual development is required to address this issue. Peacock may renew this motion in the district court on remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*VACATED AND REMANDED IN PART*